Jared Walker (SB#269029)
P.O. Box 1777
Orangevale, CA 95662
T: (916) 476-5044
F: (916) 476-5064
jared@jwalker.law

Attorney for Plaintiff,
THOMAS PHILLIPS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS PHILLIPS,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:21-cv-01903-EFB<br><br>STIPULATION FOR FIRST EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF |

    IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Plaintiff to file his motion for summary judgment be extended forty-five (45) days, from the current deadline, such that Plaintiff's new deadline, with the Court's approval, will be August 19, 2022.  This is Plaintiff's first request for an extension of time.  Plaintiff's counsel needs additional time to file Plaintiff's motion for summary judgment due to multiple conflicting deadlines in other matters during the next month.  With the Court's approval, the parties further stipulate that all other deadlines in the Court's Scheduling Order will remain in place but adjusted accordingly to coincide with this current extension request.

Dated: July 1, 2022                          Respectfully submitted,

                                                              /s/ *Jared Walker*
                                                              Jared T. Walker,
                                                              Attorney for Plaintiff

SO STIPULATED:

                PHILLIP A. TALBERT
                United States Attorney

Dated: July 1, 2022   By: /s/ *Bacilio Mendez II
                (*authorized by email on 7/01/2022)
                BACILIO MENDEZ II
                Special Assistant United States Attorney
                Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated: 07/05/2022

                EDMUND F. BRENNAN
                UNITED STATES MAGISTRATE JUDGE