Jared Walker (SB#269029)
P.O. Box 1777
Orangevale, CA 95662
T: (916) 476-5044
F: (916) 476-5064
jared@jwalker.law

Attorney for Plaintiff,
THOMAS PHILLIPS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| THOMAS PHILLIPS, | Case No.: 2:21-cv-01903-EFB |
|---|---|
| Plaintiff, | |
| v. | STIPULATION FOR SECOND EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Plaintiff to file his motion for summary judgment be extended an additional twenty-one (21) days such that Plaintiff's new deadline, with the Court's approval, will be September 9, 2022. This is Plaintiff's second request for an extension of time and is sought based on his counsel needing more time than anticipated to prepare Plaintiff's motion, as well as to meet other conflicting deadlines in unrelated matters undersigned is solely responsible for. Plaintiff's counsel apologizes for the inconvenience this request imposes but has been unable to meet Plaintiff's current filing deadline due to a lengthy administrative record in this case and an inability to hire, despite repeated efforts, professional support staff to delegate tasks. Subject to the Court's approval, the parties further stipulate that all other deadlines in the Court's Scheduling Order will remain in place but adjusted accordingly to coincide with this current extension request.

///

///

Dated: August 22, 2022                     Respectfully submitted,


                                             /s/ *Jared Walker*
                                             Jared T. Walker,
                                             Attorney for Plaintiff

SO STIPULATED:


                                             PHILLIP A. TALBERT
                                             United States Attorney


Dated: August 22, 2022        By:    /s/ *Bacilio Mendez II*
                                             (*authorized by email on 8/22/2022*)
                                             BACILIO MENDEZ II
                                             Special Assistant United States Attorney
                                             Attorneys for Defendant


                                                     ORDER


APPROVED AND SO ORDERED:

                                             EDMUND F. BRENNAN
Dated: August 24, 2022                   UNITED STATES MAGISTRATE JUDGE

STIPULATION FOR SECOND EXTENSION OF TIME
FOR PLAINTIFF TO FILE OPENING BRIEF